# Exhibit A
Summary of Recordings Made by the Flores Brothers

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 1 | 11/9/2008 | 6:10pm | Alfredo Guzman-Salazar; Margarito Flores | Exchange of phone numbers for the couriers to do the 20-kilo heroin deal | 20-kilo heroin seizure |
| 2 | 11/12/2008 | 2:33am | Alfredo Guzman-Salazar; Margarito Flores; Pedro Flores | Further logistical conversation for heroin, at time of call, Margarito and Alfredillo agree that Twins are to receive 18 kilos | 20-kilo heroin seizure |
| 3 | 11/12/2008 | UNK | Alfredo Guzman-Salazar; Margarito Flores | Alfredillo asks why the heroin has not been picked up; Margarito agrees to send the courier the following day | 20-kilo heroin seizure |
| 4 | 11/12/2008 | 9:57pm | UM; Pedro Flores | Pedro speaks to courier to arrange pickup of the heroin | 20-kilo heroin seizure |
| 5 | 11/12/2008 | 10:40pm | Alfredo Guzman-Salazar; Pedro Flores | Pedro informs Alfredillo that a meeting with the courier has been scheduled for the following day | 20-kilo heroin seizure |
| 6 | 11/13/2008 | UNK | Gerardo Baez-Leyva; Pedro Flores | Pedro tells the courier (Baez) to meet Pedro's courier at Noa-Noa on Mannheim | 20-kilo heroin seizure |
| 7 | 11/13/2008 | UNK | Alfredo Guzman-Salazar; Pedro Flores | Pedro confirms receipt of the heroin and informs Alfredillo that the courier gave 2 extra, total of 20 | 20-kilo heroin seizure |
| 8 | 11/14/2008 | 2:34pm | Alfredo Guzman-Salazar; Pedro Flores | Pedro asks Alfredillo to give the number of a clean cell phone to Chapo so he can call Pedro | 20-kilo heroin seizure |
| 9 | 11/15/2008 | 1:49am | Juan Guzman-Rocha; Pedro Flores | Pedro uses the heroin quality ruse to compare Chapo and Mayo's heroin; Juancho says that he will reach out to VZN to let him know of the poor quality | 20-kilo heroin seizure; 8-kilo heroin seizure |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 10 | 11/15/2008 | UNK | Felipe Cabrera-Sarabia; Margarito Flores | Margarito tells Felipe that the quality of the Felipe/Mayo heroin was bad; Margarito says that he also got heroin from Chapo and it was better | 8-kilo heroin seizure |
| 11 | 11/15/2008 | UNK | Felipe Cabrera-Sarabia; Pedro Flores | Pedro tells Felipe that the heroin was only 40% pure, asks that future shipments be at least 60-80% | 8-kilo heroin seizure |
| 12 | 11/15/2008 | UNK | Felipe Cabrera-Sarabia; Pedro Flores | Pedro confirms that they will pay Felipe despite the bad quality, asks for a number for Felipe's courier to make payment | 8-Kilo heroin seizure; $715K money walk |
| 13 | 11/15/2008 | 8:45pm | Joaquin Guzman-Loera; Pedro Flores | Pedro asks Chapo to lower the price of 20-kilos of heroin by $5K from original $55K; agree to start a 40-kilo/month arrangement in the future | 20-kilo heroin seizure |
| 14 | 11/15/2008 | 9:15pm | Joaquin Guzman-Loera; UM; Pedro Flores | Pedro arranges to make payment to Chapo for 20-kilos of heroin; Chapo hands the phone to a UM who gives Pedro instructions on how to make payment for the 20 kilos | 20-Kilo heroin Seizure |
| 15 | 11/15/2008 | 9:10pm | Alfredo Guzman-Salazar; Pedro Flores | Pedro tells Alfredillo that he just spoke to Chapo and arranged for payment, asks Alfredillo for 5 more kilos of the same heroin | 20-kilo heroin seizure |
| 16 | 11/15/2008 | 9:15pm | UM; Pedro Flores | Pedro calls the number given during the Chapo call to arrange for payment for the 20-kilos | 20-Kilo heroin Seizure |
| 17 | 11/24/2008 | UNK | Alfredo Guzman-Salazar; Pedro Flores | Pedro confirms the number of a Chapo courier and says that he will make a $1 million payment to Chapo | |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 18 | 11/26/2008 | UNK | Alfredo Guzman-Salazar; Margarito Flores | Alfredillo calls looking for Pedro, tells Margarito that a courier is waiting to receive a payment | |
| 19 | 11/26/2008 | UNK | Alfredo Guzman-Salazar; Pedro Flores | Pedro tells Alfredillo that he used the money for something else and will put another $1 million together by the following day to make the payment | 20-kilo heroin seizure |
| 20 | 11/22/2008 | UNK | Felipe Cabrera-Sarabia; Margarito Flores | Margarito tells Felipe that his courier thought he had a tail while making payment of the $715K | 8-Kilo heroin seizure; $715K money walk |
| 21 | 11/22/2008 | UNK | Felipe Cabrera-Sarabia; Margarito Flores | Margarito tells Felipe that he delivered $715K to Felipe's courier | 8-Kilo heroin seizure; $715K money walk |
| 22 | 11/22/2008 | UNK | Felipe Cabrera-Sarabia; Margarito Flores | Felipe tells Margarito that his courier believed he was followed from the $715K money drop | 8-Kilo heroin seizure; $715K money walk |
| 23 | 11/29/2008 | UNK | Juan Guzman-Rocha; Margarito Flores | Juancho references a courier; Margarito asks if Juancho is with VZN | |
| 24 | 11/29/2008 | UNK | Vincente Zambada-Niebla; Juan Guzman-Rocha; Margarito Flores | Juancho answers, hands phone to VZN; Margarito tell VZN that the quality of the heroin from Felipe was bad; Margarito paid Felipe for the heroin; Margarito found a soldier to get 20-30 rocket launchers, VZN agrees to accept in US at double cost | 8-Kilo heroin seizure; $715K money walk |
| 25 | 11/6/2008 | UNK | Juan Guzman-Rocha; Pedro Flores | Pedro confirms loads of 87 and 91 kilos of cocaine from Juancho | L.A. Seizures |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 26 | 11/13/2008 | 7:32pm | Juan Guzman-Rocha; Pedro Flores | Pedro asks Juancho to have his courier in LA turn his phone on so the Twins can receive 52 kilos of cocaine | L.A. Seizures |
| 27 | Between 11/13/2008-11/16/2008 | UNK | Juan Guzman-Rocha; Pedro Flores | Pedro asks Juancho to have his courier in LA turn his phone | L.A. Seizures |
| 28 | 11/25/2008 | 11:31pm | Juan Guzman-Rocha; Margarito Flores | Margarito tells Juancho that he will send payment for a past load | L.A. Seizures |
| 29 | 11/29/2008 | UNK | Juan Guzman-Rocha; Pedro Flores | Pedro asks Juancho when he can deliver a load; Juancho says he will have 296 or 297 kilos Mon or Tues | L.A. Seizures |
| 30 | 11/30/2008 | UNK | Juan Guzman-Rocha; Margarito Flores | Margarito and Jauncho discuss a courier picking up payment for the LA loads | L.A. Seizures |
| 31 | 11/28/2008 | UNK | Pocos Pelos; Margarito Flores | Rambo is in town to kill 3 people, references being with Chapo; Margarito talls Rambo that he is giving him money as a gift | |
| 32 | Between May and June 2008 | UNK | German Olivares; Pedro Flores | Olivares tells Pedro that a 400 kilo load is on the way; German asks for $22K/kilo for the load; German asks about payment for the Twins' bill | |
| 33 | Between May and June 2008 | UNK | German Olivares; Pedro Flores | Olivares says that JR has been trying to get a hold of the Twins to collect a payment; Pedro says that they will deliver $1.5 million to Olivares' courier | |
| 34 | Between 11/10/2008-11/15/2008 | UNK | German Olivares; Pedro Flores | Olivares informs Pedro that a payment was short; Pedro says he made a total deposit of $2.15 million, of which $1.05 million was bound for Olivares | |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 35 | Late October 2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores; Margarito Flores | Pedro informs Puerca of Margarito's recent mountaintop meeting with Chapo, Mayo, VZN, Olivares, etc.; Pedro and Puerca discuss the Twins running debt with Puerca - has climbed as high as $40 million, at the time was around $15 million; Pedro informs Puerca that Chapo wanted the Twins to set up Musico to be killed | 1.04 ton cocaine seizure in LA |
| 36 | Late October 2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores | Puerca and Pedro discuss receiving a load of cocaine from AB-L on credit; Puerca references the Sinaloa-Beltran war and tells Pedro that he is afraid that AB-L/Musico will be mad that Puerca has received loads from Chapo/Mayo | 1.04 ton cocaine seizure in LA |
| 37 | Late October-Early November 2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores; Margarito Flores | Further discussions of planning a load with AB-L, at time of call, load as big as 500-600 kilos contemplated; Pedro asks to trade kilos of cocaine in Mexico City for kilos in Guadalajara | 1.04-ton cocaine seizure in LA |
| 38 | November 2008 | 2:16pm | Manuel Fernandez-Navarro; Margarito Flores | Margarito tells Puerca the AB-L load could be as large as 1 ton; Puerca says that he will agree to a 1 ton deal if they get 15 days to make payment to AB-L or a 500-kilo load if they are given 10 days to make payment | 1.04-ton cocaine seizure in LA |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 39 | 11/13/2008 | 1:00pm | Manuel Fernandez-Navarro; Pedro Flores | Puerca informs Pedro that he has sent 600 kilos of the AB-L dope from Mexicali to LA; Puerca is holding 440 kilos in Mexicali which he will send north the following Monday | 1.04-ton cocaine seizure in LA |
| 40 | 11/17/2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores | Pedro confirms delivery of 1.04 tons in LA; Pedro and Puerca discuss how they will make payment to AB-L/Musico | 1.04-ton cocaine seizure in LA |
| 41 | 11/22/2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores | Pedro and Puerca further discuss paying AB-L/Musico; generally discuss the Twins' account with Puerca; reference past loads | 1.04-ton cocaine seizure in LA |
| 42 | 11/24/2008 | UNK | Manuel Fernandez-Navarro; Pedro Flores | Pedro and Puerca further discuss paying AB-L/Musico | 1.04-ton cocaine seizure in LA |
| 43 | 11/25/2008 | 7:37pm | Manuel Fernandez-Navarro; Pedro Flores | Pedro and Puerca further discuss paying AB-L/Musico | 1.04-ton cocaine seizure in LA |
| 44 | 11/30/2008 | UNK | Juan Guzman-Rocha; Margarito Flores | Juancho informs Margarito that Chapo is looking for a trafficker in Mexicali named Teco because Teco stole a load from Chapo; Juancho warns Margarito to be careful because Teco provided info to SSP | |
| 45 | 10/29/2008 | UNK | Manuel LNU, Muisco; Margarito Flores | Musico informs Margarito that AB-L has a 4-ton load coming to Mexico through Pananma; Musico was concerned that Andy was arrested in Pananma with a 2-ton load | 1.04-ton cocaine seizure in LA |
| 46 | 11/13/2008 | UNK | Manuel LNU, Muisco; Margarito Flores | Musico informs Margarito that half of the 600-kilo load is in Mexico City and the other half is in Culican | 1.04-ton cocaine seizure in LA |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 47 | 11/2/2008 | UNK | Part 1 - Manuel Fernandez-Navarro; Manuel LNU, Musico; Pedro Flores; Margarito Flores / Part 2 - Alfredro Vasquez-Hernandez; Miguel Belloso; Juan Pablo-Bastidas; Nemo; Pedro Flores; Margarito Flores | Part 1 - 3-way communication b/t Puerca, Musico, and both Twins, negotiate what eventually becomes the 1.04-ton load; Puerca and Musico reference the war and their desire for the violence to end / Part 2 - Compadre comes over in person; discuss a 276-kilo load on the way to Chicago via train; Compadre explains Chapo's use of submarines and 747s to move dope into Mexico; Compadre discusses the impending arrival of a submarine load in which Compadre and the Twins have invested | Part 1 - 1.04-ton cocaine seizure in LA |
| 48 | 10/21/2008 | 2:16pm | Tomas Arevalo-Renteria; Pedro Flores | Pedro and Arevalo discuss payment for a past shipment of 15 kilos of heroin | |
| 49 | 10/22/2008 | 2:16pm | Tomas Arevalo-Renteria; Pedro Flores | Pedro tells Arevalo that his courier will deliver payment for the past shipment of 15 kilos at 4:00 that day; Pedro tells Arevalo that the payment will be bigger than the $700k owed for the 15-kilos and tells Arevalo to apply the extra money to a future transaction | |
| 50 | 11/14/2008 | 2:24pm | Tomas Arevalo-Renteria; Pedro Flores | Arevalo passes the name and number of his courier, Turuco, for the 12-kilo heroin deal | 12-kilo heroin seizure |
| 51 | 1/5/2009 | 5:30pm | Tomas Arevalo-Renteria; Pedro Flores; Margarito Flores | The Twins call Arevalo from custody to ask him to help them by getting full IDs for Musico and Juancho | |

| USAO Call No. | Date of Recording | Time | Participants | Synopsis | Related Event |
|---|---|---|---|---|---|
| 52 | 1/13/2009 | 3:50pm | Tomas Arevalo-Renteria; Pedro Flores; Margarito Flores | The Twins call Arevalo from custody to ask for his assistance with their cooperation | |
| 53 | 1/13/2009 | 3:59pm | Tomas Arevalo-Renteria; Pedro Flores; Margarito Flores | The Twins call Arevalo from custody to ask for his assistance with their cooperation | |
| 54 | 1/13/2009 | 4:20pm | Tomas Arevalo-Renteria; Pedro Flores; Margarito Flores | The Twins call Arevalo from custody to ask for his assistance with their cooperation | |