# Exhibit B

The following seizures of drugs and drug proceeds were directly facilitated through the Flores brothers' cooperation:

1. On or about May 26, 2008, approximately 8 kilograms of cocaine in Chicago, Illinois and South Holland, Illinois.

2. On or about August 9, 2008, approximately 250 kilograms of cocaine in Melrose Park, Illinois.

3. On or about October 7, 2008, approximately 15 kilograms of heroin in Chicago, Illinois.

4. On or about November 4, 2008, approximately $4,000,000 in United States currency in Hinsdale, Illinois.

5. On or about November 13, 2008, approximately 20 kilograms of heroin in Northlake, Illinois.

6. On or about November 13, 2008, approximately 8 kilograms of heroin in Chicago, Illinois.

7. On or about November 14, 2008, approximately 12 kilograms of heroin in Chicago, Illinois.

8. On or about November 14, 2008, approximately 77 kilograms of cocaine in Ontario, California, bound for Chicago, Illinois.

9. On or about November 15, 2008, approximately 86 kilograms of cocaine in Ontario, California, bound for Chicago, Illinois.

10. On or about November 15, 2008, law enforcement seized approximately 600 kilograms of cocaine in the Los Angeles, California area.

11. On or about November 17, 2008, approximately $1,000,000 in United States currency in Romeoville, Illinois.

12. On or about November 18, 2008, approximately 89 kilograms of cocaine in Ontario, California, bound for Chicago, Illinois.

13. On or about November 21, 2008, law enforcement seized approximately 290 kilograms of cocaine in the Los Angeles, California area.

14. On or about October 29, 2008, approximately $4,700,000 in United States currency in Hinsdale, Illinois.

15. On or about November 22, 2008, approximately $715,000 in United States currency in Chicago, Illinois.

16. On or about November 25, 2008, approximately $4,770,000 in United States currency in Romeoville, Illinois.

17. On or about November 30, 2008, law enforcement seized approximately 154 kilograms of cocaine in the Los Angeles, California area.

18. On or about November 30, 2008, approximately 322 kilograms of cocaine in Ontario, California, bound for Chicago, Illinois.

19. On or about November 30, 2008, law enforcement also seized approximately $407,547 in United States currency in the Los Angeles, California area.