## Exhibit C

The following defendants were charged in substantial part due to the Flores brothers' cooperation:

1.  United States v. Joaquin Guzman Loera, et al (09 CR 383)
    a)  Joaquin Guzman Loera
    b)  Ismael Zambada Garcia
    c)  Vicente Zambada Niebla
    d)  Alfredo Guzman Salazar
    e)  Alfredo Vasquez Hernandez
    f)  Juan Guzman Rocha
    g)  German Olivares
    h)  Felipe Cabrera Sarabia
    i)  Tomas Arevalo Renteria
    j)  Heriberto Zazueta Godoy
    k)  Edgar Manuel Valencia Ortega
2.  United States v. Arturo Beltran Leyva, et al (09 CR 672)
    a)  Arturo Beltran Leyva
    b)  Manuel LNU (a/k/a "Musico")
    c)  Manuel Fernandez Valencia
3.  United States v. Gerardo Baez-Leyva (08 CR 981)
4.  United States v. Aran Carrillo (08 CR 982)
5.  United States v. Elliot Buckner (08 CR 989)
6.  United States v. Justin Turner, et al (08 CR 996)
    a)  Justin Turner
    b)  Larone Price
7.  United States v. Dhawndric McDowell (08 CR 999)
8.  United States v. Terrance Brown, et al (08 CR 1009)
    a)  Terrance Brown
    b)  Lynn Rowe
9.  United States v. Ronald Smith, et al (08 CR 1053)
    a)  Ronald Smith
    b)  Kevin Smith

10. United States v. Cesar Perez, et al (09 CR 669)
    a)     Cesar Perez
    b)     Rolando Villasenor
    c)     Jorge Llamas
    d)     Francisco Espinosa
    e)     Antonio Aguilera
    f)     Daniel Torres
    g)     Fernando Villasenor
    h)     Ammier Kartoum
    i)     Carlos Hishmeh
    j)     Juan Rocha
    k)     Hector Simental
    l)     Gerardo Torres
    m)     Omar LNU
    n)     Jesus Medrano
    o)     Santos Patino
    p)     Thomas Gniadek, Jr.
    q)     Edward Smith
11. United States v. Ron Collins (09 CR 673)
12. United States v. Franklin Brown (09 CR 671)
13. United States v. Malek Rafati (09 CR 420)
    a)     Malek Rafati
    b)     Taha Zaid
14. United States v. Douglas Greer (09 CR 696)
    a)     Douglas Greer
    b)     Byron Cathey
15. United States v. Tommie Jones (09 CR 670)
16. United States v. Kiley Murray (09 CR 674)
17. United States v. Jose Rubio (09 CR 698)
18. United States v. Rickey Bell (09 CR 702)
19. United States v. Waleed Salama (10 CR 729)