UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   09 CR 383 |
| | ) | |
| JOAQUIN GUZMAN LOERA, et al. | ) | Judge Ruben Castillo |

## WITHDRAWAL OF APPEARANCE

Please take notice that Assistant United States Attorney Kathryn E. Malizia is no longer assigned to this case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   */s/ Kathryn E. Malizia*
KATHRYN E. MALIZIA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5319