UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 09 CR 383 |
| v. | |
| JOAQUIN GUZMAN LOERA, et al. | Judge Ruben Castillo |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 1, 2019, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Ruben Castillo, in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and present the following motion in the above-captioned case: **MOTION TO WITHDRAW APPEARANCE.**

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Kathryn E. Malizia*
KATHRYN E. MALIZIA
Assistant United States Attorneys
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5319