# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:09−cr−00383
Honorable Edmond E. Chang

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

MINUTE entry before the Honorable Edmond E. Chang: In light of the retirement of the previously assigned judge, the case has been randomly reassigned to Judge Chang. Judge Chang served in the U.S. Attorney's Office until the end of 2010, but does not remember having any involvement in the case, whether it be the investigation or the prosecution itself. Having said that, the Court requests that the U.S. Attorney's Office perform a reasonably diligent search of the pre−2011 files and the memories of the prosecution team. The Court will not decide any contested motions until the search is complete. For now, the Court sets a status hearing for 10/25/2019 at 8:45 a.m. The government and any pending defendants (that is, any defendant who has not been sentenced) shall file a joint status report describing the status as to each defendant. The joint status report is due by 10/11/2019. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.