**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2019 OCT 15 AM 8:33

*Annette P.*

09-cr-383 #751

Fernando X. Gaxiola
Law Office of Fernando X. Gaxiola
3710 S. 6th Avenue
Suite 3
Tucson, AZ 85713

NIXIE 850 DE 1 0010/07/19
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 60604180099 *0929-04055-30-46