# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:09−cr−00383
Honorable Edmond E. Chang

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2019:

MINUTE entry before the Honorable Edmond E. Chang:In advance of the 10/25/2019 status hearing, on or before 10/23/2019, the government shall file a status report describing the results of the search concerning Judge Chang's contact, if any, with this investigation or prosecution. See R. 753. If some of the report must be filed under seal and ex parte, then the government may file a sealed version so, but ideally would file as much publicly as possible (and the Court later will review the propriety of the sealing and ex parte nature). Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.