

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Guzman-Loera et al.

District Judge Sharon Johnson Coleman

Case No. 09-CR-00383

Designated Magistrate Judge
Jeffrey Cole

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Edmond E. Chang**

Date: Thursday, October 24, 2019

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, October 24, 2019

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

  While at the U.S. Attorney's Office, as Chief of Appeals I advised the prosecution team on legal issues relating to charging structure and venue.

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot