**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



2019 NOV -1 AM 8:49

Annette P.

09cr 383 #751

Fernando X. Gaxiola
Law Office of Fernando X. Gaxiola
3710 S. 6th Avenue
Suite 3
Tucson, AZ 85713

NIXIE    850  DE 1    0010/28/19
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 60604180099    *0461-04390-18-42